**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

|  |  |  |
|---|---|---|
| ANTHONY HENTZ, SR. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 4:12CV00112  SWW |
| | * | |
| ERIC SHINSEKI, ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order of Dismissal**

Before the Court is plaintiff's motion to dismiss with prejudice, stating the parties have resolved all issues.[1]  Plaintiff adds a request that the Court retain jurisdiction over the terms of the settlement agreement.  In response, defendants state that retention of jurisdiction by the Court was not one of the agreed terms of the settlement agreement and that there is no reason for the Court to retain jurisdiction because no further action is required of defendants.

 The Court finds plaintiff's motion to dismiss with prejudice [docket entry 10]  should be and is hereby granted.  Plaintiff's complaint is dismissed with prejudice.

DATED this 24th day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Defendants filed a motion for summary judgment, arguing plaintiff's complaint is barred by a settlement agreement.  In his motion to dismiss, plaintiff says defendants' motion is moot.  Because the Court dismisses plaintiff's complaint with prejudice and does not retain jurisdiction, defendants' motion [docket entry 7] is moot.